ARTHUR J. BLODGETT et al., Appellants, *v.* RUFUS SCOFIELD, et al., Respondents.

(Argued December 6, 1889; decided December 20, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made May 2, 1888, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*W. A. Sutherland* for appellants.

*George P. Decker* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JOSEPHINE M. L. FLEET, Appellant, *v.* CHARLES H. KALB-FLEISCH et al., as Executors, etc., Respondents.

(Argued December 9, 1889; decided December 20, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made May 12, 1887, which reversed an order of Special Term granting a new trial.

*Edward B. Kissam* for appellant.

*William N. Dykman* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.